1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ALVARO HERRERA

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11
   UNITED STATES OF AMERICA,     )  No. CR-S 12-394 JAM
12                               )
                  Plaintiff,     )
13                               )  STIPULATION AND ORDER VACATING
        v.                       )  DATE, CONTINUING CASE, AND
14                               )  EXCLUDING TIME
   ALVARO HERRERA,               )
15                Defendant.     )
                                 )  Date   Feb. 12, 2013
16 _____)  Time:  9:45 a.m.
                                 )  Judge: John A. Mendez
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Defendant Alvaro Herrera that the status conference
21
   scheduled for January 15, 2013 be vacated and the matter be continued
22
   to this Court's criminal calendar on February 12, 2013, at 9:45 a.m.
23
   for further status.
24
        This continuance is requested by the defense in order to permit
25
   counsel to conduct investigation, review discovery, and continue in
26
   negotiations with the prosecution in attempt to finalize a plea
27
   agreement.
28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3    3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

4    ends of justice served in granting the continuance and allowing the

5    defendant further time to prepare outweigh the best interests of the

6    public and the defendant in a speedy trial.

7    The Court is advised that all counsel have conferred about this

8    request, that they have agreed to the February 12, 2013, date, and that

9    all Ms. Thomas has authorized Ms. Santos to sign this stipulation on

10   her behalf.

11

12

13   **IT IS SO STIPULATED.**

14

15   Dated: Jan 11, 2013              /S/ Dina L. Santos
                                      DINA L. SANTOS
16                                    Attorney for
                                      ALVARO HERRERA
17

18
     Dated: Jan. 11, 2013             /S/ Jill THomas
19                                    JILL THOMAS
                                      Assistant United States Attorney
20                                    Attorney for Plaintiff

21

22

23                           **O R D E R**

24   **IT IS SO ORDERED.**

25              By the Court,

26

27   Dated: Jan. 11, 2013            /s John A. Mendez
                                      Hon. John A. Mendez
28                                    United States District Court Judge

Stipulation and Order          2