DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
ALVARO HERRERA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>ALVARO HERRERA,                  )<br>            Defendant.           )<br>                                 )<br>_____  )<br>                                 ) | No. CR-S 12-394<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date   March 26, 2013<br>Time:  9:45 a.m.<br>Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Alvaro Herrera that the status conference scheduled for February 12, 2013 be vacated and the matter be continued to this Court's criminal calendar on March 26, 2013, at 9:45 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, continue review of discovery, conduct legal research regarding Mr. Herrera's criminal history category and continue in negotiations with the prosecution in attempt to finalize a

1  plea agreement.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the March 26, 2013, date, and that
10 all Ms. Thomas has authorized Ms. Santos to sign this stipulation on
11 her behalf.

16 **IT IS SO STIPULATED.**

18 Dated: Feb. 8, 2013                /S/ Dina L. Santos
                                      DINA L. SANTOS
19                                    Attorney for
                                      ALVARO HERRERA

21
22 Dated: Feb. 8,, 2013               /S/ Jill THomas
                                      JILL THOMAS
                                      Assistant United States Attorney
23                                    Attorney for Plaintiff

24 //
25 ///
   ////

Stipulation and Order                 2

**O R D E R**

**IT IS SO ORDERED.**

      By the Court,

Dated: Feb. 8, 2013    /s/ John A. Mendez
    Hon. John A. Mendez
    United States District Court Judge