DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALVARO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-0394 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALVARO HERRERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff; and, Attorney David W. Dratman, Counsel for Defendant Alvaro Herrera, that the status conference scheduled for May 14, 2013 be vacated and the matter be continued to this Court's criminal calendar on July 30, 2013, at 9:45 a.m. for further status.

Defense Counsel is continuing to review the discovery in the case with his client. In addition, the parties have discussed resolving this case, which  will be impacted by Defense Counsel's additional efforts in reviewing the discovery, as well as his gathering materials to share with the Government prior to the next status conference.  In addition, defense counsel has been preparing for and anticipates his engagement in a criminal trial scheduled to commence May 16, 2013 that will engage him for some weeks.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of

counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4.

Dated: May 9, 2013          /s/ David W. Dratman
                            DAVID W. DRATMAN
                            Attorney for Defendant
                            ALVARO HERRERA


Dated:  May 9, 2013         BENJAMIN B. WAGNER
                            UNITED STATES ATTORNEY

                        By: /s/Jill Thomas*
                            JILL THOMAS
                            Assistant U.S. Attorney
                            *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from May 14, 2013 to and including July 30, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  5/9/2013            /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            United States District Court Judge