DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALVARO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-0394 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALVARO HERRERA, | |
| Defendant. | |

IT IS STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff; and, Attorney David W. Dratman, Counsel for Defendant Alvaro Herrera, that the status conference scheduled for April 8, 2014 be vacated and the matter be continued to June 24, 2014, at 9:30 a.m. for further status.

Defense Counsel is continuing to review the discovery in the case with his client. In addition, the parties continue to discuss resolving this case, which will be impacted by Defense Counsel's additional efforts in reviewing the discovery, as well as his gathering materials to share with the Government prior to the next status conference and proposed amendments to the sentencing guidelines.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4. The

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4.

Dated: April 1, 2014 /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ALVARO HERRERA

Dated: April 1, 2014 BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/Jill Thomas*
JILL THOMAS
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from April 8, 2014 to and including June 24, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel) (18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

1  IT IS SO ORDERED.

2  DATED:  4/1/2014                    /s/ John A. Mendez
3                                       HON. JOHN A. MENDEZ
                                        United States District Court Judge
4